**Lori R. Keeton**
Telephone: 704.335.9882
Direct Fax: 704.335.9684
lorikeeton@parkerpoe.com

September 9, 2009

The. Honorable David S. Cayer
U.S. Magistrate Judge
Western District of North Carolina
238 Charles R. Jonas Federal Bldg.
401 W. Trade Street
Charlotte, NC 28202

      *Re:*    *In re Application of Blue Oil Trading Ltd.; 3:09MC152-RJC-DSC and 3:09MC153-RJC-DSC*

Dear Judge Cayer:

      Yesterday I filed two Motions for Extensions of Time and proposed Orders wherein I stated in footnote as follows: "In that Motion, counsel for Blue Oil Trading Ltd. inadvertently represented that the trial date for this matter is set for September 21, 2009 based upon information received from the court in the UK. However, since that time, it has been confirmed that the trial date is set forth November 16, 2009." Subsequent to filing these Motions, Mr. Cowan brought it to my attention that no such representation was ever made by counsel for Blue Oil Trading Ltd. Accordingly, I wanted to correct my statement to the Court and offer my apologies to the Court as well as to Mr. Cowan and Ms. Dillon.

                                        Sincerely,
                                        /s/ Lori R. Keeton
                                        Lori R. Keeton

cc:    Mary Margaret Dillon, Esq.
        J. Donald Cowan, Jr., Esq.
        Michael G. Adams, Esq.

CHARLESTON, SC
COLUMBIA, SC
MYRTLE BEACH, SC
RALEIGH, NC
SPARTANBURG, SC

PPAB 1604703v1